**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| SYLVIA NA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:22-CV-1053 |
| LINCOLN LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO PERMIT ITS COUNSEL TO PARTICIPATE IN INITIAL PRETRIAL AND SCHEDULING CONFERENCE TELEPHONICALLY**

Pursuant to this Court's Order (Doc 6) entered in this case on February 17, 2023, Plaintiff, Sylvia Na, moves this Court for leave to permit its counsel to participate telephonically in the Initial Pretrial Conference currently set to be held on April 6, 2023 at 9:30am at Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090. For grounds, Plaintiff states that its counsel resides and has her principal office in Houston, Texas, and desires to participate in the Conference telephonically.

WHEREFORE, premises considered, Plaintiff, moves this Court for leave to permit its counsel to participate in the Initial Pretrial Conference telephonically.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES,
ATTORNEYS AT LAW L.L.P.

By: __/s/ Britney McDonald______
Britney McDonald
Tex. Bar No. 24083158
Fed. I.D. Bar No. 2621983

britney@marcwhitehead.com

403 Heights Boulevard
Houston, Texas 77007
Telephone: 713-228-8888
Facsimile: 713-225-0940
ATTORNEY-IN-CHARGE
FOR PLAINTIFF,
FRANCINE PALAZZA

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2023, I electronically filed the foregoing document using the ECF utility system, which will send notification to all related counsel

s/ Britney McDonald
Britney McDonald
Marc Whitehead & Associates

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned attorney for Plaintiff had a conference with all parties regarding the substance of this Motion. Counsel for the Defendant was unopposed to the Motion.

s/ Britney McDonald
Britney McDonald
Marc Whitehead & Associates