**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SYLVIA NA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **4:22-CV-1053** |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION OF PLAINTIFF TO PARTICIPATE IN INITIAL PRETRIAL AND SCHEDULING CONFERENCE TELEPHONICALLY**

IT IS HEREBY ORDERED that the Plaintiff's Motion Participate in the Initial Pretrial Conference Telephonically is GRANTED.

The clerk shall enter this Order and provide a copy to all parties.

SIGNED on this the ____ day of ____________, 2023.

______________________________
United States District Judge