**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SYLVIA NA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 4:22cv01053** |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**SCHEDULING ORDER (ERISA CASE)**

After reviewing the report from the parties required by Fed. R. Civ. P. 26(f) and after consulting with the parties by mail or a scheduling conference, the court hereby enters the following Scheduling Order pursuant to this court's Local Rule CV-16 and Fed. R. Civ. P. 16:

| | |
|---|---|
| July 5, 2023 | All discovery shall be commenced in time to be completed by this date. |
| August 2, 2023 | Deadline to mediate the case |
| August 16, 2023 | Joint Stipulated Record to be filed by the Parties |
| September 13, 2023 | Parties' Opening Briefs to be filed |
| September 27, 2023 | Parties' Response Briefs to be filed |