**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SYLVIA NA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **4:22-CV-1053** |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION REGARDING DEADLINE TO FILE JOINT STIPULATED RECORD**

COMES NOW Plaintiff, Sylvia Na and files this Unopposed Motion Regarding Deadline to File the Joint Stipulated Record.

1. The Court has entered an ERISA Case Management and Scheduling Order (Doc 9) in this case, which requires Plaintiff Sylvia Na ("Na") and Defendant Lincoln Life Assurance Company of Boston ("Lincoln Life") (collectively "the parties") to file the joint stipulated record by August 16, 2023.

2. The parties have discussed the contents of the stipulated record and Plaintiff has discussed potential additions to the record that are not presently available for agreement or filing.

3. Further, the parties are discussing informally the possibility of settlement as they determine the contents of the record.

4. Accordingly, Plaintiff respectfully requests an extension of the deadline for filing the joint stipulated record to give the parties time to agree on the aforementioned issues.

5. Plaintiff requests that the Court extend the deadline for filing the joint stipulated record until September 1, 2023, which is 13 days before the dispositive motion deadline of September 13, 2023, that has been set by the Court.

6. This motion is not filed for the purpose of delay, but only so that justice may be done. No previous extensions of this deadline have been requested or granted.

Dated this 16th day of August, 2023.

Respectfully submitted,

MARC WHITEHEAD & ASSOCIATES, ATTORNEYS AT LAW L.L.P.

By: /s/ *Britney McDonald*
Britney Anne Heath McDonald
Tex. Bar No. 24083158
Fed. I.D. No. 2621983
403 Heights Blvd
Houston, Texas 77007
PH: (713) 228-8888
FX: (855) 842-2860
Email: britney@marcwhitehead.com

**CERTIFICATE OF CONFERENCE**

I hereby certify that the undersigned attorney for Plaintiff discussed the contents of this motion with the Defendant on August 16, 2023 and Defendant was UNOPPOSED to this motion.

/s/ *Britney McDonald*
Britney McDonald

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was forwarded via electronic mail, as follows:

Iwana Rademaekers
Email: iwana@rademaekerslaw.com

August 16, 2023
Date

/s/ *Britney McDonald*
Britney Anne Heath McDonald