**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SYLVIA NA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **4:22-CV-1053** |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S UNOPPOSED MOTION REGARDING DEADLINE TO FILE JOINT STIPULATED RECORD**

This Court has considered Plaintiff's Unopposed Motion Regarding Deadline to File Joint Stipulated Record, and this Court is of the opinion that Plaintiff's motion should be GRANTED.

Therefore, the Court:

GRANTS Plaintiff's Unopposed Motion Regarding Deadline to File Joint Stipulated Record consistent with the Court's Opinion.

______________________________
U.S. DISTRICT JUDGE