**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **SYLVIA NA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** |
| | ) | **4:22-CV-1053** |
| **LINCOLN LIFE ASSURANCE** | ) | |
| **COMPANY OF BOSTON** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Before the Court is Plaintiff's Unopposed Motion Regarding Deadline to File Joint Stipulated Record (Dkt. #10). Court finds that Plaintiff's motion should be GRANTED.

It is therefore ORDERED that the deadline for filing the joint stipulated record is extended to September 1, 2023.

**IT IS SO ORDERED.**

**SIGNED this 18th day of August, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE